UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMILE SMILE,<br><br>Petitioner,<br><br>v.<br><br>MINGA WOFFORD, et al.,<br><br>Respondents. | No. 1:26-cv-00159-DAD-CKD<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. No. 12) |

Petitioner Smile Smile is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 12.) Specifically, the assigned magistrate judge found that respondents had violated due process by re-detaining petitioner after having previously released him without cause or a hearing. (*Id.*) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.*) On February 27, 2026, respondents filed their objections to the pending findings and recommendations. (Doc. No. 13.)

/////

1

Respondents' objections comprise a single sentence stating that they object on the same basis as their initial response to the motion for temporary restraining order.  (Doc. Nos. 6, 13.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above.

1.   The findings and recommendations filed on February 23, 2026 (Doc. No. 12) are ADOPTED IN FULL;

2.   Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

a.   Petitioner's preliminary injunctive relief previously granted by the court (Doc. No. 7) is CONVERTED to a permanent injunction; and

3.   The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **March 13, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2